**Order entered April 20, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01353-CV

### KINGMAN HOLDINGS, LLC, Appellant

### V.

### MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MERSCORP HOLDINGS, INC. AND DHI MORTGAGE COMPANY, LTD, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02527-2014**

## ORDER

We **GRANT** appellant's April 14, 2016 first unopposed motion for extension of time to

file reply brief and **ORDER** the brief be filed no later than May 2, 2016.

/s/    CRAIG STODDART
       JUSTICE